IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cv-152-JLK**

**MOLLY MARIE TRINEN**, on her own behalf and on behalf of a class of others similarly situated

    Plaintiff,

v.

**CITY OF AURORA**, a Colorado municipal corporation

    Defendant.

---

## ORDER

---

This matter is currently before me on Plaintiff's Motion for Leave to File Consolidated Response and Reply on Common Summary Judgment Cross-Motion Issues (doc. 14). I have reviewed the motion, but I find no reason to foreclose the City of Aurora's opportunity to file a reply in support of its Motion for Summary Judgment. Should the City of Aurora raise novel issues in its Reply, however, Plaintiff may request and will most likely be granted an opportunity to file a surreply. Accordingly, Plaintiff's motion is DENIED.

Dated: June 27, 2011                                  BY THE COURT:

                                                               **/s/John L. Kane**
                                                               Senior U.S. District Judge